MILLER v. BRADFORD.

GILBERT, J. Under the pleadings and the evidence, the court did not err in rendering a judgment awarding the custody of the child to the plaintiff.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    No. 538. JANUARY 18, 1918.

Habeas corpus. Before Judge Mathews. Bibb superior court. August 14, 1917.

H. F. Rawls, for plaintiff in error.    J. J. McCreary, contra.